

*Kent* County

## *Department of Finance*

Susan Durham - Director of Finance
Mary Karol - Assistant Director

Kent County
Administrative Complex
555 Bay Road
Dover, DE 19901
(302) 744-2386
Fax: (302) 736-2270

December 18, 2014

John H. Symons
161 Mayor Lane
Felton, DE 19943

John H. Symons
5840 Heronrise Crescent Drive
Lithia, FL 33547-5883

RE:  Sewer Account #8810-█████Hidden Pond Lot 61

Dear Mr. Symons:

This letter is to inform you that our office received your bankruptcy papers from the court. The attached claim was sent to the Bankruptcy Court. The amount due of $562.60 is through December 10, 2014. This leaves $0.00 due on account #8810-21099.

The amount of $562.60 was transferred to bankruptcy account #10388-21099. **Whatever is not paid by the bankruptcy court will be transferred back to your original account and become your responsibility.**

**Even though you have filed bankruptcy, you are still responsible for any future sewer bills on account 8810-21099.**

You will receive a separate sewer bill for the bankruptcy account. This bill is for your information and is the amount the bankruptcy court should pay. If your bankruptcy is dismissed for any reason, this amount will go back to your original sewer account.

If you have any questions, please contact me at 302-744-2381.

Sincerely,

Lori A. Calloway
Accountant
Enc.

*"Serving Kent County With Pride"*

# EXHIBIT "A"

**Nancy L. Cavey**
**Attorney at Law**

Phone: 727.258.4999
Fax: 727.289.7035

821 16th Street N., Suite A, St. Petersburg, FL 33705

December 31, 2014

## VIA U.S. MAIL AND FACSIMILE AT (302) 736-2270

Kent County - Department of Finance
ATTN: Lori A. Caloway, Accountant
Administrative Complex
555 Bay Road
Dover, DE 19901

RE:    **My Client:**      **John H. Symons, Bankruptcy Case No. 8:14-bk-14330-CED**
       **Your Reference:** Sewer Account #8810-████; Hidden Pond Lot 61
       **Creditor:**         **Kent County – Sewer Operations**

### IMMEDIATELY CEASE AND DESIST COMMUNICATIONS

To The Above:

This law firm and the undersigned attorney represent JOHN H. SYMONS with respect to the above account and bankruptcy case.

**This letter serves as your organization's only written notice to immediately cease and desist all contact with my client, John H. Symons,** with respect to the willful violation of the bankruptcy automatic stay with regard to the collection or attempted collection of any debt, and pursuant to the Federal Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692(b)(6) and 1692(c)(b), et seq. Additionally, §§ 362 and 1301 of the United States Bankruptcy Code requires all collection efforts to cease immediately upon the filing of a voluntary or involuntary bankruptcy petition.

Failure to comply will result in sanctions being filed against you and the above named creditor in the United States Bankruptcy Court.

Attached please find a copy of your most recent correspondence to my client, a copy of the Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors & Deadline, and a copy of the Objection to Proof of Claim No. 3 filed by the Kent County Treasurer.

If you are represented by counsel, please forward this correspondence to them. Thank you for your professional courtesies and contact our office if you have any questions.

PLEASE GOVERN YOURSELVES ACCORDINGLY.

Yours very truly,

Nancy L. Cavey
Attorney

NLC:cd
Enc.
cc: John H. Symons

## EXHIBIT "B"

**SunshineState**
**BANKRUPTCY**™
LAW FIRM

Nancy L. Cavey

Attorney at Law

Phone: 727.258.4999
Fax: 727.289.7035

821 16th Street N., Suite A, St. Petersburg, FL 33705

## FAX COVER SHEET

DATE:     January 6, 2015

TO:       **Kent County - Dept of Finance**          FAX NUMBER: 302-736-2270

          **ATTN: Lori A. Calloway, Accountant**

FROM:     Cindy Dauck, Paralegal

NUMBER OF PAGES (including cover sheet):  13

RE:    John H. Symons, BK Case No. 8:14-bk-14330-CED
       Your Reference:  Sewer Account #8810-▮▮▮▮; Hidden Pond Lot 61
       Creditor:        Kent County - Sewer Operations

COMMENTS:

Accompanying is correspondence and copies regarding your letter to our client of December 18, 2014.

PLEASE GOVERN YOURSELVES ACCORDINGLY.

IF YOU DO NOT RECEIVE ALL THE INFORMATION, PLEASE CONTACT THIS NUMBER:  (727) 258.4999

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS ATTORNEY PRIVILEGED AND
CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE
READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR AGENT RESPONSIBLE TO DELIVER IT TO
THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT THE ANY DISSEMINATION, DISTRIBUTION OR
COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS
COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US COLLECT BY TELEPHONE AND RETURN THE
ORIGINAL MESSAGE TO US AT THE BELOW ADDRESS VIA U.S. POSTAL SERVICE.
THANK YOU

www.SunshineStateBankruptcy.com        Bankruptcy Information Line: 1.877.352.8192

MEMORY TRANSMISSION REPORT

| | |
|---|---|
| TIME | : 01-06-2015 11:36 |
| FAX NO.1 | : |
| NAME | : |

| | | |
|---|---|---|
| FILE NO. | : | 011 |
| DATE | : | 01.06 11:30 |
| TO | : ☎ 13027362270 |
| DOCUMENT PAGES | : | 13 |
| START TIME | : | 01.06 11:30 |
| END TIME | : | 01.06 11:36 |
| PAGES SENT | : | 13 |
| STATUS | : | OK |

***SUCCESSFUL TX NOTICE***

SunshineState
BANKRUPTCY™

Nancy L. Cavey                    Attorney at Law

Phone: 727.258.4999
Fax: 727.289.7035

821 16th Street N., Suite A, St. Petersburg, FL 33705

## FAX COVER SHEET

DATE:        January 6, 2015

TO:          Kent County - Dept of Finance        FAX NUMBER: 302-736-2270
             ATTN: Lori A. Calloway, Accountant

FROM:        Cindy Dauck, Paralegal

NUMBER OF PAGES (including cover sheet): 13

RE:          John H. Symons, BK Case No. 8:14-bk-14330-CED
             Your Reference: Sewer Account #8810-          ; Hidden Pond Lot 61
             Creditor:      Kent County - Sewer Operations

COMMENTS:

Accompanying is correspondence and copies regarding your letter to our client of December 18, 2014.

PLEASE GOVERN YOURSELVES ACCORDINGLY.

IF YOU DO NOT RECEIVE ALL THE INFORMATION, PLEASE CONTACT THIS NUMBER: (727) 258.4999

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT THE ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US COLLECT BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE BELOW ADDRESS VIA U.S. POSTAL SERVICE. THANK YOU

www.SunshineStateBankruptcy.com        Bankruptcy Information Line: 1.877.352.8192

# KENT COUNTY - SEWER OPERATIONS - QUARTERLY BILL
KENT COUNTY TREASURER,   P.O. BOX 1175,   DOVER, DELAWARE 19903
(302) 744-2391

NOTE CHANGE OF ADDRESS HERE:

**ACCOUNT NUMBER:  8810  ▓▓▓▓**

**\*\*PLEASE NOTE ACCOUNT NUMBER WHEN MAKING PAYMENTS\*\***

| | |
|---|---|
| PAST DUE AFTER: | 4/30/15 |
| AMOUNT DUE: | 169.28 |
| AMOUNT PAID: | |

SYMONS, JOHN H.

& SYMONS, MICHELE R.
161 MAYOR LANE
FELTON, DE 19943

MAKE CHECK PAYABLE TO:  KENT COUNTY TREASURER

PLEASE DETACH TOP PORTION AND RETURN WITH PAYMENT

---

# KENT COUNTY  - SEWER OPERATIONS - QUARTERLY BILL
KENT COUNTY TREASURER,   P.O. BOX 1175,   DOVER, DELAWARE 19903        (302) 744-2391

## OFFICE HOURS
8:00 A.M - 5:00 P.M. MON - FRI

**INSTRUCTIONS:**
1) IF PAYING IN PERSON, PLEASE BRING BOTH PARTS OF THIS STATEMENT TO OUR OFFICE IN DOVER AT 555 BAY ROAD DOVER DE 19901.
2) FAILURE TO RECEIVE A SEWER BILL DOES NOT RELIEVE THE PROPERTY OWNER OF HIS OBLIGATION.
3) ALL PAYMENTS ARE DEPOSITED UPON RECEIPT, INCLUDING POST DATED CHECKS.
4) PAYMENT DROP BOX AVAILABLE AFTER HOURS AT 555 BAY ROAD DOVER DE 19901.

**Make check payable to:  KENT COUNTY TREASURER**

| ACCOUNT NUMBER | SERVICE ADDRESS | | |
|---|---|---|---|
| 8810 ▓▓▓▓ | HIDDEN POND LOT 61 | | |

| PERIOD | SERVICE DATES | BILLING DATE | PAST DUE DATE |
|---|---|---|---|
| 89 | 1/01/15  3/31/15 | 3/15/15 | 4/30/15 |

| | AMOUNT DUE | CODE |
|---|---|---|
| If you took possession of your home during the current billing period, the amount due should have been collected at settlement. Please contact your settlement attorney regarding the status of the payment. | 83.39 | SW |
| \*\*\*TO MAKE ONLINE SEWER PAYMENT WITH MASTERCARD, VISA, DISCOVER CARD OR BY E-CHECK PLEASE GO TO OUR WEBSITE AT WWW.CO.KENT.DE.US OR CALL 1-888-877-0450\*\*\*  \*\*\*PROCESSING FEES APPLY\*\*\* | | |
| Past due balances are due immediately to avoid further penalty. Payments received after March 10, 2015 are not reflected on this bill. Please note account number when making payment. | | |
| Help Kent County keep sewer rates affordable by reading the important maintenance tips on the back of this invoice. | ARREARS        85.89 | |
| | Total Due:     169.28 | |

| CODE | EXPLANATION |
|---|---|
| SW: | Sewer Fees |
| CT: | Contract User Fees |
| HL: | Hauler Fees |
| LM: | Lime Fees |
| OT: | Other Charges |
| PN: | Penalty |

1. TERMS NET 30 DAYS.  A CHARGE OF 1 1/2% PER MONTH WILL BE PLACED ON ALL OVERDUE BILLS.
2. ALL INQUIRIES CALL:
   BILLING - KENT COUNTY SEWER ACCOUNTING - 744-2391
   OTHER - KENT COUNTY ENGINEER - 744-2430
   IN CASE OF EMERGENCY - 335-6000
3. OFFICE HOURS:
   8:00 AM TO 5:00 PM MON - FRI
4. REMITTANCE TO:
   KENT COUNTY TREASURER
   P.O. BOX 1175
   DOVER, DE 19903

Retain This Portion For Your Records

# EXHIBIT "C"

Dear Kent County Sewer Customer,

You can help keep your sewer rates from increasing by following a few simple common sense preventative maintenance steps. Recently the sewer maintenance staff has experienced significant increase in pipeline and pump station blockages. These blockages are caused by improper disposal of items that should never be flushed.

As a sewer customer you play an important role in keeping the sewer pipeline, on and off your property, blockage free by disposing of the following items in the trash:

| | |
|---|---|
| Baby wipes | Paper towels |
| Sanitary napkins | Disposable diapers |
| Swiffer cloth pads | Cat litter |

In addition fats, oil and grease should not be disposed of in the kitchen sink. It builds up on the walls of the sewer pipes even if flushed with hot water and over time will clog the system. They should be disposed of in the trash can too.

Kent County Department of Public Works appreciates your cooperation in keeping the sewer rates affordable. Please call the Department at 302-744-2430 with any questions or suggestions.

## KENT COUNTY - SEWER OPERATIONS - QUARTERLY BILL

KENT COUNTY TREASURER,   P.O. BOX 1175,   DOVER, DELAWARE 19903
(302) 744-2391

NOTE CHANGE OF ADDRESS HERE:

ACCOUNT NUMBER: 10338 ⬛⬛⬛⬛
**PLEASE NOTE ACCOUNT NUMBER WHEN MAKING PAYMENTS**

SYMONS, JOHN H

161 MAYOR LANE
FELTON, DE 19943

| PAST DUE AFTER: | 4/30/15 |
|---|---|
| AMOUNT DUE: | 479.21 |
| AMOUNT PAID: | |

MAKE CHECK PAYABLE TO:  KENT COUNTY TREASURER
PLEASE DETACH TOP PORTION AND RETURN WITH PAYMENT

## KENT COUNTY - SEWER OPERATIONS - QUARTERLY BILL

KENT COUNTY TREASURER,   P.O. BOX 1175,   DOVER, DELAWARE 19903   (302) 744-2391

OFFICE HOURS
8:00 A.M - 5:00 P.M. MON - FRI

**INSTRUCTIONS:**
1) IF PAYING IN PERSON, PLEASE BRING BOTH PARTS OF THIS STATEMENT TO OUR OFFICE IN DOVER AT 555 BAY ROAD DOVER DE 19901.
2) FAILURE TO RECEIVE A SEWER BILL DOES NOT RELIEVE THE PROPERTY OWNER OF HIS OBLIGATION.
3) ALL PAYMENTS ARE DEPOSITED UPON RECEIPT, INCLUDING POST DATED CHECKS.
4) PAYMENT DROP BOX AVAILABLE AFTER HOURS AT 555 BAY ROAD DOVER DE 19901.

Make check payable to:  KENT COUNTY TREASURER

| ACCOUNT NUMBER | | SERVICE ADDRESS | | |
|---|---|---|---|---|
| 10338 ⬛⬛⬛⬛ | | @B HIDDEN POND LOT 61 | | |
| **PERIOD** | **SERVICE DATES** | **BILLING DATE** | **PAST DUE DATE** | |
| 89 | 1/01/15  3/31/15 | 3/15/15 | 4/30/15 | |
| | | | **AMOUNT DUE** | **CODE** |

If you took possession of your home during the current billing period, the amount due should have been collected at settlement. Please contact your settlement attorney regarding the status of the payment.

***TO MAKE ONLINE SEWER PAYMENT WITH MASTERCARD, VISA, DISCOVER CARD OR BY E-CHECK PLEASE GO TO OUR WEBSITE AT WWW.CO.KENT.DE.US OR CALL 1-888-877-0450*** ***PROCESSING FEES APPLY***

Past due balances are due immediately to avoid further penalty. Payments received after March 10, 2015 are not reflected on this bill. Please note account number when making payment.

Help Kent County keep sewer rates affordable by reading the important maintenance tips on the back of this invoice.

ARREARS      479.21

Total Due:    479.21

| CODE | EXPLANATION |
|---|---|
| SW: | Sewer Fees |
| CT: | Contract User Fees |
| HL: | Hauler Fees |
| LM: | Lime Fees |
| OT: | Other Charges |
| PN: | Penalty |

1. TERMS NET 30 DAYS.  A CHARGE OF 1 1/2% PER MONTH WILL BE PLACED ON ALL OVERDUE BILLS.
2. ALL INQUIRIES CALL:
   BILLING - KENT COUNTY SEWER ACCOUNTING - 744-2391
   OTHER - KENT COUNTY ENGINEER - 744-2430
   IN CASE OF EMERGENCY - 335-6000
3. OFFICE HOURS:
   8:00 AM TO 5:00 PM MON - FRI
4. REMITTANCE TO:
   KENT COUNTY TREASURER
   P.O. BOX 1175
   DOVER, DE 18903

Retain This Portion For Your Records

# EXHIBIT "D"

Dear Kent County Sewer Customer, .

You can help keep your sewer rates from increasing by following a few simple common sense preventative maintenance steps. Recently the sewer maintenance staff has experienced significant increase in pipeline and pump station blockages. These blockages are caused by improper disposal of items that should never be flushed.

As a sewer customer you play an important role in keeping the sewer pipeline, on and off your property, blockage free by disposing of the following items in the trash:

| | |
|---|---|
| Baby wipes | Paper towels |
| Sanitary napkins | Disposable diapers |
| Swiffer cloth pads | Cat litter |

In addition fats, oil and grease should not be disposed of in the kitchen sink. It builds up on the walls of the sewer pipes even if flushed with hot water and over time will clog the system. They should be disposed of in the trash can too.

Kent County Department of Public Works appreciates your cooperation in keeping the sewer rates affordable. Please call the Department at 302-744-2430 with any questions or suggestions.

**Cindy Dauck**

| | |
|---|---|
| **From:** | RBK [▮▮▮▮▮▮▮▮▮▮] |
| **Sent:** | Thursday, April 09, 2015 4:26 PM |
| **To:** | 'Cindy Dauck' |
| **Subject:** | RE: John Henry Symons |

Thank you for letting me know. I will instruct them accordingly.
Regards,
Rebecca Kidner

---

**From:** Cindy Dauck [mailto:cindy▮▮▮▮▮▮▮▮▮▮▮]
**Sent:** Thursday, April 09, 2015 1:22 PM
**To:** 'RBK'
**Cc:** ▮▮▮▮▮▮▮, Nancy Cavey (External e-mail); ▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** John Henry Symons

Good morning Ms. Kidner –

As you may know, upon the filing of a corrected Proof of Claim by Kent County for the secured sewer bill in Mr. Symons' case, we withdrew our objections to Proofs of Claim 3-1 and 3-2, and submitted the order disallowing the duplicative claim, #5-1. Copies of the Notice of Withdrawal and of the Order are attached.

Also attached is a copy of a recent statement received by our client from Kent County regarding the same sewer bill.

Please be advised that the rendering of same is in violation of the bankruptcy automatic stay and sanctions could be pursued against Kent County.

Please advise your client accordingly.


Thank You,


Cindy Dauck
Paralegal



**Sunshine State Bankruptcy Law Firm**
**821 16th Street North, Suite A**
**St. Petersburg FL 33705**
**727-258-4999  opt 2**


**EXHIBIT "E"**

**Check out our website at:  www.sunshinestatebankruptcy.com**

*This email is from Sunshine State Bankruptcy Law Firm and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of ours, do no construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to us in reply that you would expect us to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of ours, you should maintain its contents in confidence to preserve the attorney-client or work privilege that may be available to protect confidentially.*

**KENT COUNTY  -  SEWER OPERATIONS - QUARTERLY BILL**
KENT COUNTY TREASURER,    P.O. BOX 1175,    DOVER, DELAWARE 19903
(302) 744-2391

NOTE CHANGE OF ADDRESS HERE:

ACCOUNT NUMBER:  10338  ~~XXXXX~~
**PLEASE NOTE ACCOUNT NUMBER WHEN MAKING PAYMENTS**

SYMONS, JOHN H

161 MAYOR LANE
FELTON, DE 19943

| | |
|---|---|
| PAST DUE AFTER: | 4/30/15 |
| AMOUNT DUE: | 479.21 |
| AMOUNT PAID: | |

MAKE CHECK PAYABLE TO:  KENT COUNTY TREASURER
PLEASE DETACH TOP PORTION AND RETURN WITH PAYMENT

---

## KENT COUNTY  -  SEWER OPERATIONS - QUARTERLY BILL
KENT COUNTY TREASURER,    P.O. BOX 1175,    DOVER, DELAWARE 19903        (302) 744-2391

OFFICE HOURS
8:00 A.M - 5:00 P.M. MON - FRI

**INSTRUCTIONS:**
1) IF PAYING IN PERSON, PLEASE BRING BOTH PARTS OF THIS STATEMENT TO OUR OFFICE IN DOVER AT 555 BAY ROAD DOVER DE 19901.
2) FAILURE TO RECEIVE A SEWER BILL DOES NOT RELIEVE THE PROPERTY OWNER OF HIS OBLIGATION.
3) ALL PAYMENTS ARE DEPOSITED UPON RECEIPT, INCLUDING POST DATED CHECKS.
4) PAYMENT DROP BOX AVAILABLE AFTER HOURS AT 555 BAY ROAD DOVER DE 19901.

Make check payable to:  KENT COUNTY TREASURER

| ACCOUNT NUMBER | | SERVICE ADDRESS | | |
|---|---|---|---|---|
| 10338  ~~XXXXX~~ | | @B HIDDEN POND LOT 61 | | |
| **PERIOD** | **SERVICE DATES** | **BILLING DATE** | **PAST DUE DATE** | |
| 89 | 1/01/15  3/31/15 | 3/15/15 | 4/30/15 | |
| | | | AMOUNT DUE | CODE |

If you took possession of your home during the current billing period, the amount due should have been collected at settlement. Please contact your settlement attorney regarding the status of the payment.

***TO MAKE ONLINE SEWER PAYMENT WITH MASTERCARD, VISA, DISCOVER CARD OR BY E-CHECK PLEASE GO TO OUR WEBSITE AT WWW.CO.KENT.DE.US OR CALL 1-888-877-0450*** ***PROCESSING FEES APPLY***

Fast due balances are due immediately to avoid further penalty. Payments received after March 10, 2015 are not reflected on this bill. Please note account number when making payment.

Help Kent County keep sewer rates affordable by reading the important maintenance tips on the back of this invoice.

| | |
|---|---|
| ARREARS | 479.21 |
| Total Due: | 479.21 |

| CODE | EXPLANATION |
|---|---|
| SW: | Sewer Fees |
| CT: | Contract User Fees |
| HL: | Hauler Fees |
| LM: | Lime Fees |
| OT: | Other Charges |
| PN: | Penalty |

1. TERMS NET 30 DAYS.  A CHARGE OF 1 1/2%
   PER MONTH WILL BE PLACED ON ALL OVERDUE BILLS.
2. ALL INQUIRIES CALL:
   BILLING - KENT COUNTY SEWER ACCOUNTING - 744-2391
   OTHER - KENT COUNTY ENGINEER - 744-2430
   IN CASE OF EMERGENCY - 335-6000
3. OFFICE HOURS:
   8:00 AM TO 5:00 PM MON - FRI
4. REMITTANCE TO:
   KENT COUNTY TREASURER
   P.O. BOX 1175
   DOVER, DE 19903

Retain This Portion For Your Records

Dear Kent County Sewer Customer,

You can help keep your sewer rates from increasing by following a few simple common sense preventative maintenance steps. Recently the sewer maintenance staff has experienced significant increase in pipeline and pump station blockages. These blockages are caused by improper disposal of items that should never be flushed.

As a sewer customer you play an important role in keeping the sewer pipeline, on and off your property, blockage free by disposing of the following items in the trash:

| | |
|---|---|
| **Baby wipes** | **Paper towels** |
| **Sanitary napkins** | **Disposable diapers** |
| **Swiffer cloth pads** | **Cat litter** |

In addition fats, oil and grease should not be disposed of in the kitchen sink. It builds up on the walls of the sewer pipes even if flushed with hot water and over time will clog the system. They should be disposed of in the trash can too.

Kent County Department of Public Works appreciates your cooperation in keeping the sewer rates affordable. Please call the Department at 302-744-2430 with any questions or suggestions.

*Kent*  *County*

# *Department of Finance*

Susan Durham - Director of Finance
Mary Karol - Assistant Director

Kent County Administrative Complex
555 Bay Road
Dover, DE 19901
(302) 744-2386
Fax: (302) 736-2270

June 17, 2015

Dear Sewer Customer:

Enclosed you will find a corrected bill for your second quarter Kent County sewer services. You may have already received a bill, as our billing vendor sent out bills on June 15, 2015. However, that bill contained incorrect information regarding service dates (1-1-14 to 3-31-14); due date (April 30, 2014); and balances due. Basically, the first bill you received after June 15, 2015 was a copy of the quarterly bill sent in March 2014. We therefore ask that you please disregard the first bill due to these errors.

**Your corrected bill is enclosed** and you will notice that the correct service dates for the second quarter of 2015 are April 1, 2015 to June 30, 2015. The **due date** for this bill is **July 31, 2015.**

We apologize for any inconvenience or confusion this may have caused and will take the required steps necessary to avoid an error of this nature in the future.

Thank you in advance for your cooperation. Should you have any questions, please feel free to contact our sewer billing section at **(302) 744-2391.**

Sincerely,

Kent County Department of Finance
Sewer Billing

# EXHIBIT "F"

# KENT COUNTY - SEWER OPERATIONS - QUARTERLY BILL
KENT COUNTY TREASURER,    P.O. BOX 1175,    DOVER, DELAWARE 19903
(302) 744-2391

NOTE CHANGE OF ADDRESS HERE:

ACCOUNT NUMBER:   8810   ⬛⬛⬛⬛
**PLEASE NOTE ACCOUNT NUMBER WHEN MAKING PAYMENTS**

| | |
|---|---|
| PAST DUE AFTER | 7/31/15 |
| AMOUNT DUE | 258.92 |
| AMOUNT PAID | |

SYMONS, JOHN H.

& SYMONS, MICHELE R.
161 MAYOR LANE
FELTON, DE 19943

MAKE CHECK PAYABLE TO:  KENT COUNTY TREASURER
PLEASE DETACH TOP PORTION AND RETURN WITH PAYMENT

---

# KENT COUNTY - SEWER OPERATIONS - QUARTERLY BILL
KENT COUNTY TREASURER,   P.O. BOX 1175,   DOVER, DELAWARE 19903    (302) 744-2391

OFFICE HOURS
8:00 A.M - 5:00 P.M. MON - FRI

**INSTRUCTIONS:**
1) IF PAYING IN PERSON, PLEASE BRING BOTH PARTS OF THIS STATEMENT TO OUR OFFICE IN DOVER AT 555 BAY ROAD DOVER DE 19901.
2) FAILURE TO RECEIVE A SEWER BILL DOES NOT RELIEVE THE PROPERTY OWNER OF HIS OBLIGATION.
3) ALL PAYMENTS ARE DEPOSITED UPON RECEIPT, INCLUDING POST DATED CHECKS.
4) PAYMENT DROP BOX AVAILABLE AFTER HOURS AT 555 BAY ROAD DOVER DE 19901.

Make check payable to:  KENT COUNTY TREASURER

| ACCOUNT NUMBER | | SERVICE ADDRESS | | |
|---|---|---|---|---|
| 8810  ⬛⬛⬛⬛ | | HIDDEN POND LOT 61 | | |
| PERIOD | SERVICE DATES | BILLING DATE | PAST DUE DATE | |
| 90 | 4/01/15  6/30/15 | 6/15/15 | 7/31/15 | |
| | | | AMOUNT DUE | CODE |
| | | | 83.39 | SW |

If you took possession of your home during the current billing period, the amount due should have been collected at settlement. Please contact your settlement attorney regarding the status of the payment.

***TO MAKE ONLINE SEWER PAYMENT WITH MASTERCARD, VISA, DISCOVER CARD OR BY E-CHECK PLEASE GO TO OUR WEBSITE AT WWW.CO.KENT.DE.US OR CALL 1-888-877-0450*** ***PROCESSING FEES APPLY***

Past due balances are due immediately to avoid further penalty. Payments received after June 9, 2015 are not reflected on this bill. Please note account number when making payment.

Help Kent County keep sewer rates affordable by reading the important maintenance tips on the back of this invoice.

ARREARS       175.53

Total Due:    258.92

| CODE | EXPLANATION |
|---|---|
| SW: | Sewer Fees |
| CT: | Contract User Fees |
| HL: | Hauler Fees |
| LM: | Lime Fees |
| OT: | Other Charges |
| PN: | Penalty |

1. TERMS NET 30 DAYS.  A CHARGE OF 1 1/2% PER MONTH WILL BE PLACED ON ALL OVERDUE BILLS.
2. ALL INQUIRIES CALL:
   BILLING - KENT COUNTY SEWER ACCOUNTING - 744-2391
   OTHER - KENT COUNTY ENGINEER - 744-2430
   IN CASE OF EMERGENCY - 335-6000
3. OFFICE HOURS:
   8:00 AM TO 5:00 PM MON - FRI
4. REMITTANCE TO:
   KENT COUNTY TREASURER
   P.O. BOX 1175
   DOVER, DE 19903

**Retain This Portion For Your Records**

Dear Kent County Sewer Customer,

You can help keep your sewer rates from increasing by following a few simple common sense preventative maintenance steps. Recently the sewer maintenance staff has experienced significant increase in pipeline and pump station blockages. These blockages are caused by improper disposal of items that should never be flushed.

As a sewer customer you play an important role in keeping the sewer pipeline, on and off your property, blockage free by disposing of the following items in the trash:

| | |
|---|---|
| **Baby wipes** | **Paper towels** |
| **Sanitary napkins** | **Disposable diapers** |
| **Swiffer cloth pads** | **Cat litter** |

In addition fats, oil and grease should not be disposed of in the kitchen sink. It builds up on the walls of the sewer pipes even if flushed with hot water and over time will clog the system. They should be disposed of in the trash can too.

Kent County Department of Public Works appreciates your cooperation in keeping the sewer rates affordable. Please call the Department at 302-744-2430 with any questions or suggestions.



ILMINGTON DE 197

26 JUN 2015 PM

04048203054

$00.485

06/25/2015
Mailed From 19901
US POSTAGE

John A. Symons
& Michele R. Symons

5840 Autumn Grace Dr
Lithia, FL 33547-4859

NOTIFY SENDER OF NEW ADDRESS
SYMONS, JOHN H
5710 WREWATER DR
LITHIA FL 33547-4859

BC: 33547485971    *1627-13581-26-38

Kent County    Levy Court
Finance Department – Sewer Operations
555 Bay Road
Dover, DE 19901

(Return to
Sender
They don't
live here)

**KENT COUNTY TREASURER, P.O. BOX 1175, DOVER, DELAWARE 19903**
**(302) 744-2391**

NOTE CHANGE OF ADDRESS HERE:

**ACCOUNT NUMBER: 8810** ⬛⬛⬛⬛

**\*\*PLEASE NOTE ACCOUNT NUMBER WHEN MAKING PAYMENTS\*\***

SYMONS, JOHN H.

& SYMONS, MICHELE R.
5840 HERONRISE CRESCENT DR
LITHIA, FL 33547

| | |
|---|---|
| PAST DUE AFTER: | 10/31/15 |
| AMOUNT DUE: | 352.31 |
| AMOUNT PAID: | |

**MAKE CHECK PAYABLE TO: KENT COUNTY TREASURER**
PLEASE DETACH TOP PORTION AND RETURN WITH PAYMENT

---

# KENT COUNTY - SEWER OPERATIONS - QUARTERLY BILL
KENT COUNTY TREASURER, P.O. BOX 1175, DOVER, DELAWARE 19903 (302) 744-2391

OFFICE HOURS
8:00 A.M - 5:00 P.M. MON - FRI

**INSTRUCTIONS:**
1) IF PAYING IN PERSON, PLEASE BRING BOTH PARTS OF THIS STATEMENT TO OUR OFFICE IN DOVER AT 555 BAY ROAD DOVER DE 19901.
2) FAILURE TO RECEIVE A SEWER BILL DOES NOT RELIEVE THE PROPERTY OWNER OF HIS OBLIGATION.
3) ALL PAYMENTS ARE DEPOSITED UPON RECEIPT, INCLUDING POST DATED CHECKS.
4) PAYMENT DROP BOX AVAILABLE AFTER HOURS AT 555 BAY ROAD DOVER DE 19901.

**Make check payable to: KENT COUNTY TREASURER**

| ACCOUNT NUMBER | | SERVICE ADDRESS | |
|---|---|---|---|
| 8810 ⬛⬛⬛ | | HSE 161 MAYOR LN | |

| PERIOD | SERVICE DATES | BILLING DATE | PAST DUE DATE |
|---|---|---|---|
| 91 | 7/01/15 9/30/15 | 9/15/15 | 10/31/15 |

| | AMOUNT DUE | CODE |
|---|---|---|
| If you took possession of your home during the current billing period, the amount due should have been collected at settlement. Please contact your settlement attorney regarding the status of the payment. | 83.39 | SW |
| **\*\*\*TO MAKE ONLINE SEWER PAYMENT WITH MASTERCARD, VISA, DISCOVER CARD OR BY E-CHECK PLEASE GO TO OUR WEBSITE AT WWW.CO.KENT.DE.US OR CALL 1-888-877-0450\*\*\* \*\*\*PROCESSING FEES APPLY\*\*\*** <br><br> Past due balances are due immediately to avoid further penalty. Payments received after September 8, 2015 are not reflected on this bill. Please note account number when making payment. <br> **Help Kent County keep sewer rates affordable by reading the important maintenance tips on the back of this invoice.** | ARREARS 268.92 <br><br> Total Due: 352.31 | |

| CODE | EXPLANATION |
|---|---|
| SW: | Sewer Fees |
| CT: | Contract User Fees |
| HL: | Hauler Fees |
| LM: | Lime Fees |
| OT: | Other Charges |
| PN: | Penalty |

1. TERMS NET 30 DAYS. A CHARGE OF 1 1/2%
   PER MONTH WILL BE PLACED ON ALL OVERDUE BILLS.
2. ALL INQUIRIES CALL:
   BILLING - KENT COUNTY SEWER ACCOUNTING - 744-2391
   OTHER - KENT COUNTY ENGINEER - 744-2430
   IN CASE OF EMERGENCY - 335-6000
3. OFFICE HOURS:
   8:00 AM TO 5:00 PM MON - FRI
4. REMITTANCE TO:
   KENT COUNTY TREASURER
   P.O. BOX 1175
   DOVER, DE 19903

**Retain This Portion For Your Records**

# EXHIBIT "G"

Dear Kent County Sewer Customer,

You can help keep your sewer rates from increasing by following a few simple common sense preventative maintenance steps. Recently the sewer maintenance staff has experienced significant increase in pipeline and pump station blockages. These blockages are caused by improper disposal of items that should never be flushed.

As a sewer customer you play an important role in keeping the sewer pipeline, on and off your property, blockage free by disposing of the following items in the trash:

|  |  |
|---|---|
| **Baby wipes** | **Paper towels** |
| **Sanitary napkins** | **Disposable diapers** |
| **Swiffer cloth pads** | **Cat litter** |

In addition **fats, oil and grease** should not be disposed of in the kitchen sink. It builds up on the walls of the sewer pipes even if flushed with hot water and over time will clog the system. They should be disposed of in the trash can too.

Kent County Department of Public Works appreciates your cooperation in keeping the sewer rates affordable. Please call the Department at 302-744-2430 with any questions or suggestions.

# KENT COUNTY - SEWER OPERATIONS - QUARTERLY BILL
KENT COUNTY TREASURER,   P.O. BOX 1175,   DOVER, DELAWARE 19903
(302) 744-2391

nOTE CHANGE OF ADDRESS HERE:

**ACCOUNT NUMBER: 10338** ~~6905~~

**\*\*PLEASE NOTE ACCOUNT NUMBER WHEN MAKING PAYMENTS\*\***

SYMONS, JOHN H

5840 HERONRISE CRESCENT DR.
LITHIA, FL 33547

| | |
|---|---|
| PAST DUE AFTER: | 10/31/15 |
| AMOUNT DUE: | 479.21 |
| AMOUNT PAID: | |

MAKE CHECK PAYABLE TO:  KENT COUNTY TREASURER
PLEASE DETACH TOP PORTION AND RETURN WITH PAYMENT

---

# KENT COUNTY  - SEWER OPERATIONS - QUARTERLY BILL
KENT COUNTY TREASURER,   P.O. BOX 1175,   DOVER, DELAWARE 19903      (302) 744-2391

### OFFICE HOURS
8:00 A.M - 5:00 P.M. MON - FRI

**INSTRUCTIONS:**
1) IF PAYING IN PERSON, PLEASE BRING BOTH PARTS OF THIS STATEMENT TO OUR OFFICE IN DOVER AT 555 BAY ROAD DOVER DE 19901.
2) FAILURE TO RECEIVE A SEWER BILL DOES NOT RELIEVE THE PROPERTY OWNER OF HIS OBLIGATION.
3) ALL PAYMENTS ARE DEPOSITED UPON RECEIPT, INCLUDING POST DATED CHECKS.
4) PAYMENT DROP BOX AVAILABLE AFTER HOURS AT 555 BAY ROAD DOVER DE 19901.

Make check payable to:  KENT COUNTY TREASURER

| ACCOUNT NUMBER | SERVICE ADDRESS | | |
|---|---|---|---|
| 10338 ~~6905~~ | @B HIDDEN POND LOT 61 | | |
| **PERIOD** | **SERVICE DATES** | **BILLING DATE** | **PAST DUE DATE** |
| 91 | 7/01/15  9/30/15 | 9/15/15 | 10/31/15 |

| | AMOUNT DUE | CODE |
|---|---|---|
| If you took possession of your home during the current billing period, the amount due should have been collected at settlement. Please contact your settlement attorney regarding the status of the payment. | | |
| **\*\*\*TO MAKE ONLINE SEWER PAYMENT WITH MASTERCARD, VISA, DISCOVER CARD OR BY E-CHECK PLEASE GO TO OUR WEBSITE AT WWW.CO.KENT.DE.US OR CALL 1-888-877-0450\*\*\*   \*\*\*PROCESSING FEES APPLY\*\*\*** <br> Past due balances are due immediately to avoid further penalty. Payments received after September 8, 2015 are not reflected on this bill. Please note account number when making payment. <br> **Help Kent County keep sewer rates affordable by reading the important maintenance tips on the back of this invoice.** | ARREARS     479.21 <br><br> Total Due:   479.21 | |

| CODE | EXPLANATION |
|---|---|
| SW: | Sewer Fees |
| CT: | Contract User Fees |
| HL: | Hauler Fees |
| LM: | Lime Fees |
| OT: | Other Charges |
| PN: | Penalty |

1. TERMS NET 30 DAYS.  A CHARGE OF 1 1/2% PER MONTH WILL BE PLACED ON ALL OVERDUE BILLS.
2. ALL INQUIRIES CALL:
   BILLING - KENT COUNTY SEWER ACCOUNTING - 744-2391
   OTHER - KENT COUNTY ENGINEER - 744-2430
   IN CASE OF EMERGENCY - 335-6000
3. OFFICE HOURS:
   8:00 AM TO 5:00 PM MON - FRI
4. REMITTANCE TO:
   KENT COUNTY TREASURER
   P.O. BOX 1175
   DOVER, DE 19903

Retain This Portion For Your Records

# EXHIBIT "H"

Dear Kent County Sewer Customer,

You can help keep your sewer rates from increasing by following a few simple common sense preventative maintenance steps. Recently the sewer maintenance staff has experienced significant increase in pipeline and pump station blockages. These blockages are caused by improper disposal of items that should never be flushed.

As a sewer customer you play an important role in keeping the sewer pipeline, on and off your property, blockage free by disposing of the following items in the trash:

| | |
|---|---|
| **Baby wipes** | **Paper towels** |
| **Sanitary napkins** | **Disposable diapers** |
| **Swiffer cloth pads** | **Cat litter** |

In addition **fats, oil and grease** should not be disposed of in the kitchen sink. It builds up on the walls of the sewer pipes even if flushed with hot water and over time will clog the system. They should be disposed of in the trash can too.

Kent County Department of Public Works appreciates your cooperation in keeping the sewer rates affordable. Please call the Department at 302-744-2430 with any questions or suggestions.

KENT COUNTY TREASURER,   P.O. BOX 1175,   DOVER, DELAWARE 19903
(302) 744-2391

NOTE CHANGE OF ADDRESS HERE:

**ACCOUNT NUMBER:   8810** ⬤⬤⬤⬤⬤

**\*\*PLEASE NOTE ACCOUNT NUMBER WHEN MAKING PAYMENTS\*\***

SYMONS, JOHN H.

& SYMONS, MICHELE R.
5840 HERONRISE CRESCENT DR
LITHIA, FL 33547

| PAST DUE AFTER: | 1/31/16 |
|---|---|
| AMOUNT DUE: | 83.39 |
| AMOUNT PAID: | |

**MAKE CHECK PAYABLE TO:  KENT COUNTY TREASURER**
PLEASE DETACH TOP PORTION AND RETURN WITH PAYMENT

# KENT COUNTY  -  SEWER OPERATIONS - QUARTERLY BILL

KENT COUNTY TREASURER,   P.O. BOX 1175,   DOVER, DELAWARE 19903   (302) 744-2391

OFFICE HOURS
8:00 A.M - 5:00 P.M. MON - FRI

**INSTRUCTIONS:**
1) IF PAYING IN PERSON, PLEASE BRING BOTH PARTS OF THIS STATEMENT TO OUR OFFICE IN DOVER AT 555 BAY ROAD DOVER DE 19901.
2) FAILURE TO RECEIVE A SEWER BILL DOES NOT RELIEVE THE PROPERTY OWNER OF HIS OBLIGATION.
3) ALL PAYMENTS ARE DEPOSITED UPON RECEIPT, INCLUDING POST DATED CHECKS.
4) PAYMENT DROP BOX AVAILABLE AFTER HOURS AT 555 BAY ROAD DOVER DE 19901.

**Make check payable to:  KENT COUNTY TREASURER**

| ACCOUNT NUMBER | | SERVICE ADDRESS | |
|---|---|---|---|
| 8810 ⬤⬤⬤⬤⬤ | | HSE 161 MAYOR LN | |

| PERIOD | SERVICE DATES | BILLING DATE | PAST DUE DATE |
|---|---|---|---|
| 91 | 10/01/15 12/31/15 | 12/15/15 | 1/31/16 |

| | AMOUNT DUE | CODE |
|---|---|---|
| If you took possession of your home during the current billing period, the amount due should have been collected at settlement. Please contact your settlement attorney regarding the status of the payment. | 83.39 | SW |

**\*\*\*TO MAKE ONLINE SEWER PAYMENT WITH MASTERCARD, VISA, DISCOVER CARD OR BY E-CHECK PLEASE GO TO OUR WEBSITE AT WWW.CO.KENT.DE.US OR CALL 1-888-877-0450\*\*\*   \*\*\*PROCESSING FEES APPLY\*\*\***

Past due balances are due immediately to avoid further penalty. Payments received after December 8, 2015 are not reflected on this bill. Please note account number when making payment.

**Help Kent County keep sewer rates affordable by reading the important maintenance tips on the back of this invoice.**

| | | |
|---|---|---|
| ARREARS | 366.06 | |
| Total Due: | 83.39 | |

| CODE | EXPLANATION |
|---|---|
| SW: | Sewer Fees |
| CT: | Contract User Fees |
| HL: | Hauler Fees |
| LM: | Lime Fees |
| OT: | Other Charges |
| PN: | Penalty |

1. TERMS NET 30 DAYS.  A CHARGE OF 1 1/2%
   PER MONTH WILL BE PLACED ON ALL OVERDUE BILLS.
2. ALL INQUIRIES CALL:
   BILLING - KENT COUNTY SEWER ACCOUNTING - 744-2391
   OTHER - KENT COUNTY ENGINEER - 744-2430
   IN CASE OF EMERGENCY - 335-6000
3. OFFICE HOURS:
   8:00 AM TO 5:00 PM MON - FRI
4. REMITTANCE TO:
   KENT COUNTY TREASURER
   P.O. BOX 1175
   DOVER, DE 19903

**Retain This Portion For Your Records**

# EXHIBIT "I"

Dear Kent County Sewer Customer,

You can help keep your sewer rates from increasing by following a few simple common sense preventative maintenance steps. Recently the sewer maintenance staff has experienced significant increase in pipeline and pump station blockages. These blockages are caused by improper disposal of items that should never be flushed.

<u>As a sewer customer you play an important role in keeping the sewer pipeline, on and off your property, blockage free by disposing of the following items in the trash:</u>

|  |  |
|---|---|
| **Baby wipes** | **Paper towels** |
| **Sanitary napkins** | **Disposable diapers** |
| **Swiffer cloth pads** | **Cat litter** |

<u>In addition **fats, oil and grease** should not be disposed of in the kitchen sink. It builds up on the walls of the sewer pipes even if flushed with hot water and over time will clog the system. They should be disposed of in the trash can too.</u>

Kent County Department of Public Works appreciates your cooperation in keeping the sewer rates affordable. Please call the Department at 302-744-2430 with any questions or suggestions.

**KENT COUNTY - SEWER OPERATIONS - QUARTERLY BILL**
KENT COUNTY TREASURER,   P.O. BOX 1175,   DOVER, DELAWARE 19903
(302) 744-2391

NOTE CHANGE OF ADDRESS HERE:

**ACCOUNT NUMBER:  10338**
**\*\*PLEASE NOTE ACCOUNT NUMBER WHEN MAKING PAYMENTS\*\***

| | |
|---|---|
| PAST DUE AFTER: | 1/31/16 |
| AMOUNT DUE: | |
| AMOUNT PAID: | |

SYMONS, JOHN H

5840 HERONRISE CRESCENT DR.
LITHIA, FL 33547

**MAKE CHECK PAYABLE TO:  KENT COUNTY TREASURER**
PLEASE DETACH TOP PORTION AND RETURN WITH PAYMENT

---

**KENT COUNTY  - SEWER OPERATIONS - QUARTERLY BILL**
KENT COUNTY TREASURER,   P.O. BOX 1175,   DOVER, DELAWARE 19903      (302) 744-2391

OFFICE HOURS
8:00 A.M - 5:00 P.M. MON - FRI

**INSTRUCTIONS:**
1) IF PAYING IN PERSON, PLEASE BRING BOTH PARTS OF THIS STATEMENT TO OUR OFFICE IN DOVER AT 555 BAY ROAD DOVER DE 19901.
2) FAILURE TO RECEIVE A SEWER BILL DOES NOT RELIEVE THE PROPERTY OWNER OF HIS OBLIGATION.
3) ALL PAYMENTS ARE DEPOSITED UPON RECEIPT, INCLUDING POST DATED CHECKS.
4) PAYMENT DROP BOX AVAILABLE AFTER HOURS AT 555 BAY ROAD DOVER DE 19901.

**Make check payable to:  KENT COUNTY TREASURER**

| ACCOUNT NUMBER | SERVICE ADDRESS | | |
|---|---|---|---|
| 10338 | @B HIDDEN POND LOT 61 | | |

| PERIOD | SERVICE DATES | BILLING DATE | PAST DUE DATE |
|---|---|---|---|
| 91 | 10/01/15 12/31/15 | 12/15/15 | 1/31/16 |

| | AMOUNT DUE | CODE |
|---|---|---|
| If you took possession of your home during the current billing period, the amount due should have been collected at settlement. Please contact your settlement attorney regarding the status of the payment. | | |
| \*\*\*TO MAKE ONLINE SEWER PAYMENT WITH MASTERCARD, VISA, DISCOVER CARD OR BY E-CHECK PLEASE GO TO OUR WEBSITE AT WWW.CO.KENT.DE.US OR CALL 1-888-877-0450\*\*\*  \*\*\*PROCESSING FEES APPLY\*\*\* | | |
| Past due balances are due immediately to avoid further penalty. Payments received after December 8, 2015 are not reflected on this bill. Please note account number when making payment. | | |
| Help Kent County keep sewer rates affordable by reading the important maintenance tips on the back of this invoice. | ARREARS    479.21 | |
| | Total Due: | |

| CODE | EXPLANATION |
|---|---|
| SW: | Sewer Fees |
| CT: | Contract User Fees |
| HL: | Hauler Fees |
| LM: | Lime Fees |
| OT: | Other Charges |
| PN: | Penalty |

1. TERMS NET 30 DAYS.  A CHARGE OF 1 1/2% PER MONTH WILL BE PLACED ON ALL OVERDUE BILLS.
2. ALL INQUIRIES CALL:
BILLING - KENT COUNTY SEWER ACCOUNTING - 744-2391
OTHER - KENT COUNTY ENGINEER - 744-2430
IN CASE OF EMERGENCY - 335-6000
3. OFFICE HOURS:
8:00 AM TO 5:00 PM MON - FRI
4. REMITTANCE TO:
KENT COUNTY TREASURER
P.O. BOX 1175
DOVER, DE 19903

**Retain This Portion For Your Records**

# EXHIBIT "J"

Dear Kent County Sewer Customer,

You can help keep your sewer rates from increasing by following a few simple common sense preventative maintenance steps. Recently the sewer maintenance staff has experienced significant increase in pipeline and pump station blockages. These blockages are caused by improper disposal of items that should never be flushed.

As a sewer customer you play an important role in keeping the sewer pipeline, on and off your property, blockage free by disposing of the following items in the trash:

| | |
|---|---|
| **Baby wipes** | **Paper towels** |
| **Sanitary napkins** | **Disposable diapers** |
| **Swiffer cloth pads** | **Cat litter** |

In addition **fats, oil and grease** should not be disposed of in the kitchen sink. It builds up on the walls of the sewer pipes even if flushed with hot water and over time will clog the system. They should be disposed of in the trash can too.

Kent County Department of Public Works appreciates your cooperation in keeping the sewer rates affordable. Please call the Department at 302-744-2430 with any questions or suggestions.

KENT COUNTY TREASURER,    P.O. BOX 1175,    DOVER, DELAWARE 19903
(302) 744-2391

NOTE CHANGE OF ADDRESS HERE:

ACCOUNT NUMBER:  10338  ⬤⬤⬤⬤
**PLEASE NOTE ACCOUNT NUMBER WHEN MAKING PAYMENTS**

## CORRECTED BILL

SYMONS, JOHN H

5840 HERONRISE CRESCENT DR.
LITHIA, FL 33547

| | |
|---|---|
| PAST DUE AFTER: | 1/31/16 |
| AMOUNT DUE: | 479.21 |
| AMOUNT PAID: | |

**MAKE CHECK PAYABLE TO:  KENT COUNTY TREASURER**
PLEASE DETACH TOP PORTION AND RETURN WITH PAYMENT

# KENT COUNTY  -  SEWER OPERATIONS  -  QUARTERLY BILL

KENT COUNTY TREASURER,    P.O. BOX 1175,    DOVER, DELAWARE 19903    (302) 744-2391

### OFFICE HOURS
8:00 A.M - 5:00 P.M. MON - FRI

**INSTRUCTIONS:**
1) IF PAYING IN PERSON, PLEASE BRING BOTH PARTS OF THIS STATEMENT TO OUR OFFICE IN DOVER AT 555 BAY ROAD DOVER DE 19901.
2) FAILURE TO RECEIVE A SEWER BILL DOES NOT RELIEVE THE PROPERTY OWNER OF HIS OBLIGATION.
3) ALL PAYMENTS ARE DEPOSITED UPON RECEIPT, INCLUDING POST DATED CHECKS.
4) PAYMENT DROP BOX AVAILABLE AFTER HOURS AT 555 BAY ROAD DOVER DE 19901.

**Make check payable to:  KENT COUNTY TREASURER**

| ACCOUNT NUMBER | SERVICE ADDRESS | | |
|---|---|---|---|
| 10338  ⬤⬤⬤⬤ | @B HIDDEN POND LOT 61 | | |

| PERIOD | SERVICE DATES | BILLING DATE | PAST DUE DATE |
|---|---|---|---|
| 91 | 10/01/15 12/31/15 | 12/15/15 | 1/31/16 |

| | AMOUNT DUE | CODE |
|---|---|---|
| If you took possession of your home during the current billing period, the amount due should have been collected at settlement. Please contact your settlement attorney regarding the status of the payment.<br><br>***TO MAKE ONLINE SEWER PAYMENT WITH MASTERCARD, VISA, DISCOVER CARD OR BY E-CHECK PLEASE GO TO OUR WEBSITE AT WWW.CO.KENT.DE.US OR CALL 1-888-877-0450*** ***PROCESSING FEES APPLY***<br><br>Past due balances are due immediately to avoid further penalty. Payments received after December 8, 2015 are not reflected on this bill. Please note account number when making payment.<br>**Help Kent County keep sewer rates affordable by reading the important maintenance tips on the back of this invoice.** | ARREARS      479.21<br><br>Total Due:    479.21 | |

| CODE | EXPLANATION |
|---|---|
| SW: | Sewer Fees |
| CT: | Contract User Fees |
| HL: | Hauler Fees |
| LM: | Lime Fees |
| OT: | Other Charges |
| PN: | Penalty |

1. TERMS NET 30 DAYS.  A CHARGE OF 1 1/2%
   PER MONTH WILL BE PLACED ON ALL OVERDUE BILLS.
2. ALL INQUIRIES CALL:
   BILLING - KENT COUNTY SEWER ACCOUNTING - 744-2391
   OTHER - KENT COUNTY ENGINEER - 744-2430
   IN CASE OF EMERGENCY - 335-6000
3. OFFICE HOURS:
   8:00 AM TO 5:00 PM MON - FRI
4. REMITTANCE TO:
   KENT COUNTY TREASURER
   P.O. BOX 1175
   DOVER, DE 19903

**Retain This Portion For Your Records**

# EXHIBIT "K"

Dear Kent County Sewer Customer,

You can help keep your sewer rates from increasing by following a few simple common sense preventative maintenance steps. Recently the sewer maintenance staff has experienced significant increase in pipeline and pump station blockages. These blockages are caused by improper disposal of items that should never be flushed.

As a sewer customer you play an important role in keeping the sewer pipeline, on and off your property, blockage free by disposing of the following items in the trash:

**Baby wipes**            **Paper towels**
**Sanitary napkins**      **Disposable diapers**
**Swiffer cloth pads**    **Cat litter**

In addition **fats, oil and grease** should not be disposed of in the kitchen sink. It builds up on the walls of the sewer pipes even if flushed with hot water and over time will clog the system. They should be disposed of in the trash can too.

Kent County Department of Public Works appreciates your cooperation in keeping the sewer rates affordable. Please call the Department at 302-744-2430 with any questions or suggestions.



# Kent County

# Department of Finance

**Susan Durham - Director of Finance**
**Mary Karol - Assistant Director**

**Kent County Administrative Complex**
**555 Bay Road**
**Dover, DE 19901**
**(302) 744-2386**
**Fax: (302) 736-2270**

December 18, 2015

Dear Sewer Customer:

Enclosed you will find a corrected bill for your fourth quarter Kent County sewer services. You may have already received a bill, as our billing vendor sent out bills on December 15, 2015. However, that bill contained incorrect information regarding the balance(s) due. If you had a previous/past due balance, the program used failed to add the amount in arrears to the current quarterly amount due. Basically, the bill you received only shows the amount due as the quarterly amount for your sewer district and may not reflect the **actual amount you owe.** We therefore ask that you please disregard the first bill due to this error.

**Your corrected bill is enclosed** and we ask that you please pay from this bill.

We apologize for any inconvenience or confusion this may have caused and will take the required steps necessary to avoid an error of this nature in the future.

Thank you in advance for your cooperation. Should you have any questions, please feel free to contact our sewer billing section at **(302) 744-2391.**

Sincerely,

Kent County Department of Finance
Sewer Billing

# EXHIBIT "L"

# KENT COUNTY - SEWER OPERATIONS - QUARTERLY BILL
KENT COUNTY TREASURER,    P.O. BOX 1175,    DOVER, DELAWARE 19903
(302) 744-2391

NOTE CHANGE OF ADDRESS HERE:

ACCOUNT NUMBER:   8810   ~~XXXX~~

**PLEASE NOTE ACCOUNT NUMBER WHEN MAKING PAYMENTS**

## CORRECTED BILL

| | |
|---|---|
| PAST DUE AFTER: | 1/31/16 |
| AMOUNT DUE: | 449.45 |
| AMOUNT PAID: | |

SYMONS, JOHN H.

& SYMONS, MICHELE R.
5840 HERONRISE CRESCENT DR
LITHIA, FL 33547

MAKE CHECK PAYABLE TO:   KENT COUNTY TREASURER
PLEASE DETACH TOP PORTION AND RETURN WITH PAYMENT

# KENT COUNTY - SEWER OPERATIONS - QUARTERLY BILL
KENT COUNTY TREASURER,    P.O. BOX 1175,    DOVER, DELAWARE 19903    (302) 744-2391

OFFICE HOURS
8:00 A.M - 5:00 P.M. MON - FRI

**INSTRUCTIONS:**
1) IF PAYING IN PERSON, PLEASE BRING BOTH PARTS OF THIS STATEMENT TO OUR OFFICE IN DOVER AT 555 BAY ROAD DOVER DE 19901.
2) FAILURE TO RECEIVE A SEWER BILL DOES NOT RELIEVE THE PROPERTY OWNER OF HIS OBLIGATION.
3) ALL PAYMENTS ARE DEPOSITED UPON RECEIPT, INCLUDING POST DATED CHECKS.
4) PAYMENT DROP BOX AVAILABLE AFTER HOURS AT 555 BAY ROAD DOVER DE 19901.

Make check payable to:   KENT COUNTY TREASURER

| ACCOUNT NUMBER | SERVICE ADDRESS | | |
|---|---|---|---|
| 8810 ~~XXXX~~ | HSE 161 MAYOR LN | | |

| PERIOD | SERVICE DATES | BILLING DATE | PAST DUE DATE |
|---|---|---|---|
| 91 | 10/01/15 12/31/15 | 12/15/15 | 1/31/16 |

| | AMOUNT DUE | CODE |
|---|---|---|
| If you took possession of your home during the current billing period, the amount due should have been collected at settlement. Please contact your settlement attorney regarding the status of the payment. | 83.39 | SW |
| **\*\*\*TO MAKE ONLINE SEWER PAYMENT WITH MASTERCARD, VISA, DISCOVER CARD OR BY E-CHECK PLEASE GO TO OUR WEBSITE AT WWW.CO.KENT.DE.US OR CALL 1-888-877-0450\*\*\*  \*\*\*PROCESSING FEES APPLY\*\*\*** | | |
| Past due balances are due immediately to avoid further penalty. Payments received after December 8, 2015 are not reflected on this bill. Please note account number when making payment. | | |
| **Help Kent County keep sewer rates affordable by reading the important maintenance tips on the back of this invoice.** | ARREARS        366.06 | |
| | Total Due:      449.45 | |

| CODE | EXPLANATION |
|---|---|
| SW: | Sewer Fees |
| CT: | Contract User Fees |
| HL: | Hauler Fees |
| LM: | Lime Fees |
| OT: | Other Charges |
| PN: | Penalty |

1. TERMS NET 30 DAYS.  A CHARGE OF 1 1/2% PER MONTH WILL BE PLACED ON ALL OVERDUE BILLS.
2. ALL INQUIRIES CALL:
   BILLING - KENT COUNTY SEWER ACCOUNTING - 744-2391
   OTHER - KENT COUNTY ENGINEER - 744-2430
   IN CASE OF EMERGENCY - 335-6000
3. OFFICE HOURS:
   8:00 AM TO 5:00 PM MON - FRI
4. REMITTANCE TO:
   KENT COUNTY TREASURER
   P.O. BOX 1175
   DOVER, DE 19903

Retain This Portion For Your Records

# EXHIBIT "M"

Dear Kent County Sewer Customer,

You can help keep your sewer rates from increasing by following a few simple common sense preventative maintenance steps. Recently the sewer maintenance staff has experienced significant increase in pipeline and pump station blockages. These blockages are caused by improper disposal of items that should never be flushed.

As a sewer customer you play an important role in keeping the sewer pipeline, on and off your property, blockage free by disposing of the following items in the trash:

|  |  |
|---|---|
| **Baby wipes** | **Paper towels** |
| **Sanitary napkins** | **Disposable diapers** |
| **Swiffer cloth pads** | **Cat litter** |

In addition **fats, oil and grease** should not be disposed of in the kitchen sink. It builds up on the walls of the sewer pipes even if flushed with hot water and over time will clog the system. They should be disposed of in the trash can too.

Kent County Department of Public Works appreciates your cooperation in keeping the sewer rates affordable. Please call the Department at 302-744-2430 with any questions or suggestions.

# KENT COUNTY - SEWER OPERATIONS - QUARTERLY BILL

KENT COUNTY TREASURER,    P.O. BOX 1175,    DOVER, DELAWARE 19903

(302) 744-2391

NOTE CHANGE OF ADDRESS HERE:

**ACCOUNT NUMBER:  8810 ~~●●●●●~~**

**\*\*PLEASE NOTE ACCOUNT NUMBER WHEN MAKING PAYMENTS\*\***

| | |
|---|---|
| PAST DUE AFTER: | 4/30/16 |
| AMOUNT DUE: | 550.34 |
| AMOUNT PAID: | |

SYMONS, JOHN H.

& SYMONS, MICHELE R.
5840 HERONRISE CRESCENT DR
LITHIA, FL 33547

### MAKE CHECK PAYABLE TO:  KENT COUNTY TREASURER
PLEASE DETACH TOP PORTION AND RETURN WITH PAYMENT

# KENT COUNTY - SEWER OPERATIONS - QUARTERLY BILL

KENT COUNTY TREASURER,    P.O. BOX 1175,    DOVER, DELAWARE 19903        (302) 744-2391

### OFFICE HOURS
### 8:00 A.M - 5:00 P.M. MON - FRI

**INSTRUCTIONS:**
1) IF PAYING IN PERSON, PLEASE BRING BOTH PARTS OF THIS STATEMENT TO OUR OFFICE IN DOVER AT 555 BAY ROAD DOVER DE 19901.
2) FAILURE TO RECEIVE A SEWER BILL DOES NOT RELIEVE THE PROPERTY OWNER OF HIS OBLIGATION.
3) ALL PAYMENTS ARE DEPOSITED UPON RECEIPT, INCLUDING POST DATED CHECKS.
4) PAYMENT DROP BOX AVAILABLE AFTER HOURS AT 555 BAY ROAD DOVER DE 19901.

### Make check payable to:  KENT COUNTY TREASURER

| ACCOUNT NUMBER | SERVICE ADDRESS |
|---|---|
| 8810 ~~●●●●●~~ | HSE 161 MAYOR LN |

| PERIOD | SERVICE DATES | BILLING DATE | PAST DUE DATE |
|---|---|---|---|
| 90 | 1/01/16  3/31/16 | 3/15/16 | 4/30/16 |

| | AMOUNT DUE | CODE |
|---|---|---|
| If you took possession of your home during the current billing period, the amount due should have been collected at settlement. Please contact your settlement attorney regarding the status of the payment. | 83.39 | SW |
| **\*\*\*TO MAKE ONLINE SEWER PAYMENT WITH MASTERCARD, VISA, DISCOVER CARD OR BY E-CHECK PLEASE GO TO OUR WEBSITE AT WWW.CO.KENT.DE.US OR CALL 1-888-877-0450\*\*\*  \*\*\*PROCESSING FEES APPLY\*\*\*** | | |
| Past due balances are due immediately to avoid further penalty. Payments received after March 8, 2016 are not reflected on this bill. Please note account number when making payment. | | |
| **Help Kent County keep sewer rates affordable by reading the important maintenance tips on the back of this invoice.** | ARREARS    466.95 | |
| | Total Due:    550.34 | |

| CODE | EXPLANATION |
|---|---|
| SW: | Sewer Fees |
| CT: | Contract User Fees |
| HL: | Hauler Fees |
| LM: | Lime Fees |
| OT: | Other Charges |
| PN: | Penalty |

1. TERMS NET 30 DAYS.  A CHARGE OF 1 1/2%
   PER MONTH WILL BE PLACED ON ALL OVERDUE BILLS.
2. ALL INQUIRIES CALL:
   BILLING - KENT COUNTY SEWER ACCOUNTING - 744-2391
   OTHER - KENT COUNTY ENGINEER - 744-2430
   IN CASE OF EMERGENCY - 335-6000
3. OFFICE HOURS:
   8:00 AM TO 5:00 PM MON - FRI
4. REMITTANCE TO:
   KENT COUNTY TREASURER
   P.O. BOX 1175
   DOVER, DE 19903

### Retain This Portion For Your Records

# EXHIBIT "N"

Dear Kent County Sewer Customer,

You can help keep your sewer rates from increasing by following a few simple common sense preventative maintenance steps. Recently the sewer maintenance staff has experienced significant increase in pipeline and pump station blockages. These blockages are caused by improper disposal of items that should never be flushed.

As a sewer customer you play an important role in keeping the sewer pipeline, on and off your property, blockage free by disposing of the following items in the trash:

| | |
|---|---|
| **Baby wipes** | **Paper towels** |
| **Sanitary napkins** | **Disposable diapers** |
| **Swiffer cloth pads** | **Cat litter** |

In addition **fats, oil and grease** should not be disposed of in the kitchen sink. It builds up on the walls of the sewer pipes even if flushed with hot water and over time will clog the system. They should be disposed of in the trash can too.

Kent County Department of Public Works appreciates your cooperation in keeping the sewer rates affordable. Please call the Department at 302-744-2430 with any questions or suggestions.

KENT COUNTY TREASURER,     P.O. BOX 1175,     DOVER, DELAWARE 19903
(302) 744-2391

NOTE CHANGE OF ADDRESS HERE:

**ACCOUNT NUMBER: 10338** ▬▬▬

**PLEASE NOTE ACCOUNT NUMBER WHEN MAKING PAYMENTS**

SYMONS, JOHN H

5840 HERONRISE CRESCENT DR.
LITHIA, FL 33547

| | |
|---|---|
| PAST DUE AFTER | 4/30/16 |
| AMOUNT DUE | 479.21 |
| AMOUNT PAID | |

**MAKE CHECK PAYABLE TO:  KENT COUNTY TREASURER**
PLEASE DETACH TOP PORTION AND RETURN WITH PAYMENT

## KENT COUNTY  -  SEWER OPERATIONS - QUARTERLY BILL

KENT COUNTY TREASURER,     P.O. BOX 1175,     DOVER, DELAWARE 19903     (302) 744-2391

OFFICE HOURS
8:00 A.M - 5:00 P.M. MON - FRI

**INSTRUCTIONS:**
1) IF PAYING IN PERSON, PLEASE BRING BOTH PARTS OF THIS STATEMENT TO OUR OFFICE IN DOVER AT 555 BAY ROAD DOVER DE 19901.
2) FAILURE TO RECEIVE A SEWER BILL DOES NOT RELIEVE THE PROPERTY OWNER OF HIS OBLIGATION.
3) ALL PAYMENTS ARE DEPOSITED UPON RECEIPT, INCLUDING POST DATED CHECKS.
4) PAYMENT DROP BOX AVAILABLE AFTER HOURS AT 555 BAY ROAD DOVER DE 19901.

**Make check payable to:  KENT COUNTY TREASURER**

| ACCOUNT NUMBER | SERVICE ADDRESS | | |
|---|---|---|---|
| 10338 ▬▬ | @B HIDDEN POND LOT 61 | | |

| PERIOD | SERVICE DATES | BILLING DATE | PAST DUE DATE |
|---|---|---|---|
| 90 | 1/01/16  3/31/16 | 3/15/16 | 4/30/16 |

| | AMOUNT DUE | CODE |
|---|---|---|
| If you took possession of your home during the current billing period, the amount due should have been collected at settlement. Please contact your settlement attorney regarding the status of the payment. | | |
| ***TO MAKE ONLINE SEWER PAYMENT WITH MASTERCARD, VISA, DISCOVER CARD OR BY E-CHECK PLEASE GO TO OUR WEBSITE AT WWW.CO.KENT.DE.US OR CALL 1-888-877-0450***   ***PROCESSING FEES APPLY*** | | |
| Past due balances are due immediately to avoid further penalty. Payments received after March 8, 2016 are not reflected on this bill. Please note account number when making payment. | | |
| Help Kent County keep sewer rates affordable by reading the important maintenance tips on the back of this invoice. | ARREARS     479.21 | |
| | Total Due:     479.21 | |

| CODE | EXPLANATION |
|---|---|
| SW: | Sewer Fees |
| CT: | Contract User Fees |
| HL: | Hauler Fees |
| LM: | Lime Fees |
| OT: | Other Charges |
| PN: | Penalty |

1. TERMS NET 30 DAYS.  A CHARGE OF 1 1/2% PER MONTH WILL BE PLACED ON ALL OVERDUE BILLS.
2. ALL INQUIRIES CALL:
   BILLING - KENT COUNTY SEWER ACCOUNTING - 744-2391
   OTHER - KENT COUNTY ENGINEER - 744-2430
   IN CASE OF EMERGENCY - 335-6000
3. OFFICE HOURS:
   8:00 AM TO 5:00 PM MON - FRI
4. REMITTANCE TO:
   KENT COUNTY TREASURER
   P.O. BOX 1175
   DOVER, DE 19903

**Retain This Portion For Your Records**

# EXHIBIT "O"

Dear Kent County Sewer Customer,

You can help keep your sewer rates from increasing by following a few simple common sense preventative maintenance steps. Recently the sewer maintenance staff has experienced significant increase in pipeline and pump station blockages. These blockages are caused by improper disposal of items that should never be flushed.

<u>As a sewer customer you play an important role in keeping the sewer pipeline, on and off your property, blockage free by disposing of the following items in the trash:</u>

|  |  |
|---|---|
| **Baby wipes** | **Paper towels** |
| **Sanitary napkins** | **Disposable diapers** |
| **Swiffer cloth pads** | **Cat litter** |

<u>In addition fats, oil and grease should not be disposed of in the kitchen sink. It builds up on the walls of the sewer pipes even if flushed with hot water and over time will clog the system. They should be disposed of in the trash can too.</u>

Kent County Department of Public Works appreciates your cooperation in keeping the sewer rates affordable. Please call the Department at 302-744-2430 with any questions or suggestions.

B6F (Official Form 6F) (12/07) - Cont.

In re    John Henry Symons                                                    Case No.    8:14-bk-14330
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx4925<br><br>GECRB/Select Comfort<br>Attn: Bankruptcy Dept<br>Po Box 103104<br>Roswell, GA 30076 | - | | Opened 8/20/06 Last Active 7/19/07<br>Charge Account | | | | 0.00 |
| Account No. xxxxxxxxxx6744<br><br>HFC/Beneficial Mtg Services<br>Attn: Bankruptcy<br>961 Weigel Dr<br>Elmhurst, IL 60126 | - | | Opened 9/19/06 Last Active 1/18/07<br>former Line Of Credit | | | | 0.00 |
| Account No. xxxx0845<br><br>Hsbc/MSCPI<br>Po Box 3425<br>Buffalo, NY 14240 | - | | Opened 10/01/05 Last Active 6/07/06<br>former Real Estate Mortgage | | | | 0.00 |
| Account No. ▉▉▉▉<br><br>Kent County Sewer Operations<br>Kent County Treasurer<br>PO Box 1175<br>Dover, DE 19903 | X | J | utility bill for former homestead property | | | | 461.26 |
| Account No. xxxxxxxxx2400<br><br>Mortgage Service Center<br>Attn: Bankruptcy Dept<br>Po Box 5452<br>Mt Laurel, NJ 08054 | - | | Opened 3/01/04 Last Active 4/05/05<br>former Credit Line | | | | 0.00 |

Sheet no. __3__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    461.26

## EXHIBIT "P"

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                  Best Case Bankruptcy